JAMES LOVETT SMITH v. L. R. POWELL, JR., AND E. W. SMITH, RECEIVERS OF SEABOARD AIR LINE RAILWAY COMPANY.

(Filed 18 September, 1935.)

**Appeal and Error J d—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendants from *Frizzelle, J.,* at February Term, 1935, of COLUMBUS.

Civil action to recover damages for loss of plaintiff's right foot, it being alleged that the injury complained of was caused by the neglect or default of the defendants.

The usual issues of negligence, contributory negligence, last clear chance, and damages were submitted to the jury and answered in favor of the plaintiff. Defendants appeal, assigning errors.

*Lyon & Lyon and R. H. Burns & Son for plaintiff.*
*E. M. Toon and John D. Bellamy & Sons for defendants.*

PER CURIAM. The Court being evenly divided in opinion, *Clarkson, J.,* not sitting, the judgment of the Superior Court is affirmed in accordance with the usual practice of appellate courts, and stands as the decision in this case without becoming a precedent. *Durham v. Lloyd,* 200 N. C., 803, 157 S. E., 136; *Nebel v. Nebel,* 201 N. C., 840, 161 S. E., 223.

Affirmed.